IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 cr 93-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| NICHOLAS DIMITRIS. | ) | |
| | ) | |

**THIS MATTER** has come on to be heard pursuant to a Motion to Withdraw (#21) filed by Ronald C. True as counsel for Defendant. In the motion, Mr. True requested permission to withdraw as counsel for Defendant. Pending the hearing of the motion, Mr. True became deceased. As a result of Mr. True's untimely death, the undersigned has determined to grant the motion and had now appointed counsel to represent Defendant.

## ORDER

**IT IS, THEREFORE**, **ORDERED** the Motion to Withdraw (#21) is hereby **ALLOWED.** The undersigned has conducted a hearing with Defendant and has found that Defendant is indigent and has ordered that new counsel be appointed to represent Defendant in this matter.

Signed: March 12, 2013



Dennis L. Howell
United States Magistrate Judge

1