UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

1:11 CR 000093-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>NICHOLAS DIMITRIS | )<br>)<br>) RESPONSE TO<br>) PRESENTENCE REPORT<br>)<br>) |

NOW COMES, the defendant, Nicholas Dimitris by and through undersigned counsel David Belser, and hereby withdraws the objections previously filed by his former attorney Ronald True, and submits the attached character letters for the court's consideration of the factors under 18 USC 3553(a)

In support thereof, the defendant shows the following:

1. The defendant was previously represented by attorney Ronald True, who is now deceased.
2. Mr. True filed certain objections to the draft Presentence Report without the defendant's review or approval.
3. The defendant hereby withdraws the objections previously filed and recited in pages 20-21 of the final Presentence Report.
4. The defendant and current counsel notified the government during debriefings that the objections would be withdrawn.
5. The defendant submits the following character letters for the court's consideration of the factors in 18 USC 3553(a)

Respectfully submitted,

This the 22d day of November, 2013.

_____________
s/ David Belser
Bar # 10631
Attorney for Defendant
Belser & Parke, PA

17 N. Market St., Suite 1
Asheville, N.C. 28801
Tel: 828-258-1500
Fax: 828-258-1510
dgbelser@gmail.com

CERTIFICATE OF SERVICE

I, David Belser, certify that I caused the forgoing Response to Presentence Report to be served this day on Don Gast, AUSA, electronically through ECF.

___________
David Belser
November 22d, 2013