Your Honor,

The purpose of this letter is as a reference to the character of Nicholas Dimitris. My name is Harrison Best. I am currently a full time student at Asheville-Buncombe Technical Community College. I have known Nicholas for more than ten years as a pastor, first at the Rock of Asheville and currently at Christian City Church Asheville. However, over the last couple of years I have had the pleasure of getting to know Nick as a mentor and as a friend.

Given three words, I would choose to describe Nick as energetic, altruistic, and integrous. Nick is by far one of the most energetic people I know. Whether we are in the middle of an intense work out or simply enjoying conversation over dinner, energy and encouragement define Nick. Altruism is a word I do not choose lightly; Nick's selfless devotion in helping others and in building the church has been a major impact on my life. Despite many demands on his time, Nick has poured time and energy into my life as well as the lives of many others. Lastly, integrity and honesty define Nick's character. Throughout my relationship with Nick, I have found that I can count on his honesty as well as his unchanging character. Nick is not a day to day kind of guy, he is consistently true to others as well as himself.

Altogether, I have found Nicholas Dimitris to be of unquestionable character. He is a man of strong moral beliefs and positive action. The time I have spent with him, the stories I have heard from others, and the actions I have seen him take are the reasons I have an enormous amount of respect for his character. I would not hesitate to recommend it to anyone.

Sincerely,

Harrison Best

Harrison Best