September 27, 2013
Brenda D. Boisvert
170 Oak Park Drive
Clyde, N.C. 28721
828-221-2043

To whom it may concern;

This letter is a character reference for Nicholas Edward Dimitris.

I met Nick in November 1992, he was such a joyful, excited person with a giving heart, we just met him and he invited our family to his wedding in Florida where he lived at the time. Sometime in 1993 he and his wife moved to Haywood County and were put on staff at New Covenant Church where I was the bookkeeper. I got to know Nick very well as we worked together on a daily basis, not only in the office but on the worship team. Nick was also was the youth minister and the arts director.

I also got to know Nick in the relationship he had with our children being their youth pastor. Nick is only â few years older than our children yet full of wisdom, love and respect. Nick poured himself into the youth. Both our children loved and still love and respect Nick. Our daughter (who is now 35) thinks of him as older brother.

Our families have been close, spending many holidays together, plus having many meals, celebrations and parties together over the years. My husband and I are on the advisory team of the church where Nick is the pastor.

Nick seems to think the best of everyone, very forgiving and giving people the benefit of the doubt (very trusting). He is full of grace, mercy and very giving. He would give the shirt off his back if he thought you needed it.

Nick surrounds himself with people he believes will get the job done and work with high moral ethics.

I find Nick to be an honest, trustworthy person of high moral character.

Nick is like another one of our children to us, we love and trust him.

Best regards,

Brenda D. Boisvert

Brenda D. Boisvert