September 27, 2013
Timothy L. Boisvert
170 Oak Park Drive
Clyde, N.C. 28721
828-221-2043

To whom it may concern;

I would like to give a character reference for Nicholas Edward Dimitris.

I have known Nick since November, 1992; both personally and professionally.
Our families have been close, spending many Thanksgivings and Christmases together for over 20 (twenty) years.
Nick was 17 when I first met him. He became a close friend and youth pastor to my children. He became a part of our family and like a son to me. To this day I do, and would, trust him with my life!
If Nick has a major fault it is being TENDERHEARTED! My personal opinion Is that because of Nick's pure heart a lot of people have taken advantage of him.
Professionally Nick and I have ministered over the years. As a missionary to Russia I was glad when Nick made the sacrifice, expense, and hard trip, to come and help teach the many Russians who looked to him for wisdom. They trusted him explicitly because of the integrity he has. Again, in my humble opinion, Nick has never compromised his high standard of integrity. IT IS HIS CALLING CARD!

It is and honor and privilege to call Nick my pastor and friend!

Sincerely In Christ,

Dr. Timothy L. Boisvert