To whomever it may concern,

If I had to sum up who Nicholas Dimitris in one word it would be honorable. I have known Nicholas since childhood. He is one of my first cousins. He spent a lot of time with my family growing up. His father left him at an early age, so my father took him under his wing. He didn't grow up bitter, nor did he find trouble to get into, instead he turned the hardship around and was an example to many. To this day through the hardships I have seen him walk through, be it his father leaving him, his first wife leaving him with one of his close friends, or co-workers cheating him, I have never seen him seek revenge, hate, cause problems, or even blame. In all these things, I have witnessed a man of honor, a man of right standing, who chose to be an overcomer with the help of his Saviour. His road has not been easy, in fact, you can say unfair in hardships, but when you see his heart, his responses, his character, you will see the same honorable man.

Thank you for your time in reading this.

Tamara Bracken