C3
church

To Whom It May Concern:

My name is Reverend Phil Buechler, I am the Senior Leader of C3 Church Long Island and serve on the C3 Americas Executive Board. As such I have oversight of Pastors Nick and Emily Demitris.

I am writing to give a reference for the character of Nicholas Demitris. I have known Nick and Emily since 2006, we are pastors in the C3 Church Network. We have developed a friendship and working relationship, likewise have the privilege of being the overseer for C3 Asheville. I have served in this capacity since 2011.

Nick is a man of integrity with great focus and passion in everything he pursues. I've observed these traits in his marriage, in his life as a father and in the church and business worlds. He has shown extraordinary grace under pressure and leans heavily on his strong faith.

Philip Buechler
Senior Leader of C3 Church Long Island

**C3 Church**
320 Broadway Greenlawn Rd
Huntington, NY 11743
P. 631.271.0272 F. 631.421.5524
www.c3churchli.com info@c3churchli.com