October 5,2013

To whom it may concern,

My name is Terry Dalton and my wife (Lucille) and I are natives of Black Mountain, North Carolina. I have worked at the North Carolina Arboretum for the last 19 years as landscape manager and landscape curator. My wife retired a few years ago as activity director after 18 years from Magnolia Health Care nursing home. We have been on the pastoral advisory team for C3 Asheville Church since the beginning overseeing church decisions and direction.

Lucille and I have known Nick Dimitris since late 2001 where we were members of The Rock Church in Candler, North Carolina. As small group leaders and leaders of the prison ministry to Buncombe Correctional Center, we watched Nick become associate pastor at the church in 2006. Afterwards, we worked more closely with Nick when he was placed over all outreach ministries at The Rock Church. On a number of occasions Nick and his wife would lead services with us at Buncombe Correctional Center. They spent an equal amount of time supporting leaders from each of the other outreach ministries during these years.

Lucille and I have had the opportunity to work closely with and observe Nick from the very start of the formation of C3 Asheville Church (in concept in 2007, to a satellite church of C3 Atlanta in 2008, to an independent governing church by Easter 2009). We have served with him during many services, marriages, funerals and celebrations over the past six years. Also, we have been able to continue outreach programs to the city and community with him (such as several music in the parks to being volunteers with a number of races such as last week's Asheville Citizen-Times City Marathon).

During all the years that we have known Nick, we have been witness to him being an exemplary leader for others to follow and pattern their lives after. We have watched him teach his children (as well as teach others in the church) how to be true to your word, encourage others and lead people by example. Even with the stress and strain of this trying time, we have never observed him speak negatively about anyone, but always bless others and uplift them in all of their personal situations. Lucille and I know that Nick Dimitris is a man of uncommon integrity and are proud to call him and Emily our pastors and friends.

Sincerely,

Terry Dalton
Lucille Dalton

Terry and Lucille Dalton