October 7, 2013

To Whom it may concern:

I am writing on behalf of Nick Dimitris. I have personally known Nick for 20 years, and know him to be a man of character, integrity, and honesty.

Throughout the years of our acquaintance, I have know Nick on various levels: as my pastor, as a friend, as a client. In all these roles, he has consistently upheld high moral, personal, and business standards.

Nick has faithfully demonstrated his desire and dedication to making the right choices even in situations where it caused him personal inconvenience or loss.

My family can attest to the fact that



Nick steadfastly honors the commitments he has made, and looks out for the interests of others, not just his own.

Nick Dimitris is one of the finest men that I know, and I can honestly offer this testimony of his character and personal integrity.

Sincerely,

[signature]

Andrew DeGrasse
(828) 400-8295