Angela DesVoigne
23 Catawba Street
Unit C
Asheville, NC 28801
828-691-3125

November 13, 2013

Your Honor,

My name is Angela DesVoigne and I am writing to you today in reference to the character of Nicholas Dimitris. I have known Mr. Dimitris for almost two years when I first attended the church that he pastors in Asheville, NC.

For many years I searched to find a church with an atmosphere that is sincerely welcoming, compassionate, and grace-filled. During the time I have gotten to know Mr. Dimitris, it is evident he exudes these very same characteristics. I know him to be a very caring, selfless, and compassionate individual and community leader.

In addition, Mr. Dimitris has been a great source of support and encouragement to me during personally difficult times. I am immensely grateful for his insight and wisdom. He never hesitates to offer help to others, too.

I am privileged to know him.

Sincerely,

Angela DesVoigne

Angela DesVoigne