Your Honor,

The purpose of this letter is to provide you with a character reference for Nicholas Dimitris. My name is Dasha Dimitris and I am Nicholas Dimitris's biological brother. I would like to take this opportunity to provide you with what I know about my brother. Nicholas is an honest and loyal man. He has been there for me every single time I needed help financially and spiritually. He is the most honest and dedicated man I know. I would also like to take this opportunity to let you know about his character as an uncle to my children. My brother has always been there for me with guidance and council about how to raise my children in this tough world. He has always made me a big part of his life and has always been there through thick and thin. I thank God that I can have a brother like Nicholas. In closing I would like to thank you for allowing me to let you know how I feel about my brother Nicholas Dimitris.

Sincerely,

Dasha Carl Dimitris
8 Cochran Dr.
Arden, N.C. 28704
828-699-7700