Your Honor,

Over eight years ago, I said, "I do" to the best man I know, Nicholas Dimitris. It is my privilege to tell you about his upstanding character and integrity.

There are many reasons why I can say Nick is the best man I know. I have walked with him through highs and lows. The man he is stays constant. Gracious, long suffering, generous, loving, hard working, loyal and kind are a few words to describe Nick.

Nick is an amazing father to soon-to-be 3 children comethe end of January. Our 13 year-old daughter, Aria, and almost two-year-old son, David, love their daddy. He loves spending quality time listening to his newly teen girl talk about everything and vise versa. Nick loves wrestling and playing with his boy. Nick loves his family and would never put our lives in jeopardy.

Nick's greatest strength and his greatest weakness is that he loves people. He see's the best in others. He speaks to peoples' strength and calls forth their potential. No matter how many times he's been burned or used, he continues to forgive and trust, knowing that's the only way to a true relationship. Although trusting, like our daughter, he is naturally cautious. He always does his research and doesn't make hasty decisions. He is the most considerate man I know, always fully aware how his life and decisions affect others. He will often choose not to benefit personally if it is going to hurt someone else or hinder a relationship. His leadership style is parental, meaning he leads others in the way that is best for them, taking into account who they are and where they are in life.

Nick is a very thorough man. He does things excellently with his whole heart. He is generous not only with his finances, even when we don't have itourselves, but his time and talents. He spends countless hours mentoring people and helping people get back on their feet, never expecting anything in return. The list would be pages long of people he has housed, clothed and fed. He is a natural encourager, even to strangers because of his genuine love for people. During the season when we were blessed with a larger home, there was only a cumulative few months that we didn't have another family living with us for free.

Most importantly to me, he lives his life in accordance to the word of God. We are not promised a life free from accusation, hardship or trials. Actually, we are told that these things will come. Through these times, Nick has leaned on God's strength to respond with grace. You see the true nature of a man under pressure. Nick holds tightly to truth, knowing there are no short cuts, never compromising. His heart and his life reflects no ill motive or deceit.

Bottom line, Nick's trust is in the Lord. I trust Nick, because I trust His source. I am a better woman for marrying him. He has taught me how to love people and the true meaning of selflessness. He has always been truthful and forthright. I trust his

word and the core of his being. Nick has touched many lives. He is a blessing to our family, church and community. Thank you for reading these numerous references crediting this wonderful man.

Sincerely,

Emily Dimitris

Emily Dimitris