October 2, 2013

Dear Sir,

It is with great pleasure we write a letter of reference for Pastor Nick Dimitrios.

For the 8 years that we have known Pastor Nick, we have observed him to be a loving husband, a doting father, a caring son and a respectful friend.

Spiritual in nature, Nick has always displayed good character evidenced by his honesty and uprightness.

Adding to the above, we could only say that one can believe anything he would say.

Sincerely,

Elaine Flannery

John Flannery