To Whom It May Concern:

Nicholas Dimitris is my cousin and has always been a good friend. Growing up as one of the youngest in our extended family, I always looked up to Nicky who exemplified an upstanding character and kind-heartedness. I have witnessed his generosity and compassion to those in need, including a few cases where I was the one on the receiving end. In the summer of 2010 Nicky officiated at the wedding of my wife Jessica and I. Later that fall he graciously opened his home to my wife and I for a time while we were traveling. Of course, many would do the same, but the difference was that while we were there he not only offered us accommodation, but also went out of his way to help guide and counsel a newly married couple just starting out. My wife and I often talk of those first months of our marriage and thank God that we have Nicky in our lives. Nicky and his wife Emily are a constant part of our family support system. We have now been married for 3 years and have a newborn baby girl, we live in Orlando and I have a very successful career with a leading design company. We owe much of the success of our marriage, family and careers to the guidance, faithfulness and care of Nicholas Dimitris.

Sincerely,

Stephen M. Fortunato
Audio Media Designer
Walt Disney Imagineering