To Whom It May Concern:

My name is Jessica Fortunato and I am writing on behalf of Nicky Dimitris. I have known Nicky for 3 years now, as I married his cousin, Stephen Fortunato. For as long as I have known Nicky I have known him to be a compassionate, generous man who really cares about those around him.

As soon as Nicky and I met, he welcomed me into the family with open arms, and even agreed to marry Stephen and I. While Stephen and I tried to pay him for officiating our wedding, he did not keep the money we gave him, but instead gifted it back to us. In addition to this generosity he also welcomed us into his home to stay with him on multiple occasions. During one of these visits, we met some people who were living with Nicky and his family due to hardship. I've known Nicky to readily open his home to those in need, happy to help others out.

While visiting with Nicky and his family I was also able to see the kind of husband and father he is. He is gentle, encouraging, and extremely loving. He openly displayed affection to his wife and daughter while we were there, and they displayed affection right back. During my stay, it was evident to me that Nicky was a strong leader in his home, creating an atmosphere of hope and peace for his wife and children.

In addition to seeing Nicky at home, I've also had the chance to see Nicky pastoring his church, and he does so with great enthusiasm and gentleness. It was obvious to me that he knew all of the attendees personally and that he had a vested interest in them. It was like going to a family reunion. He truly has a heart after God and caring for God's people. While watching Nicky at his church, I realized just how hard working he is. He isn't the type of pastor to walk in on Sunday when the service is about to start - instead he is the type to get there early and help with all of the set up, as well as stay late for all of the tear down. He just continues to give and give and give – of his time, money, and heart.

In summary Nicky has shown himself to be a compassionate, generous, caring, helpful, gentle, encouraging, loving, leading, enthusiastic, devoted, godly, hard-working man. I hope that you will take this into consideration.

Thank you for your time.
Sincerely,

Jessica Fortunato