To whom it may concern, Nov-2013

My name is Melissa Fortunato and I am writting on behalf of my nephew Nick Dimitris. I am his mothers sister.

I have known Nicky since he was born. My sister and I have always lived near eachother so I was always near as he grew up.

Nicky, from a little boy has always been gentle, kind, sweet and very preferring to others! As Nicky grew he was always a big stable help to his mom & family. He was & (is) always close to his mom. Nicky, being the eldest boy was always very careful over his mom and brothers & sisters, always responsible and a good example!

As an adult Nicky has grown into an upright, gentle, kind, giving & faithful man, husband, father & pastor. I have seen him many times with his wife & daughter and he is constantly the same! Always very gentle, giving & kind. Many times we have visited and seen him helping others even to the point of them living with him & his family. He is extremely generous and serves with a servants heart not only in his role as a husband & dad but also in his church & in his community!

Nicky has a very strong faith in His God and his heart is captured in love by Him! All of Nickys kind & tender actions come as a

out flow of his solid relationship with His God. He truly is a wonderful, sweet, gentle & good giving man! To all of us he is a huge Blessing and to all who know him he is a Godly, true & faithful friend. Thankyou for your consideration.

Melissa Fortunato.