Joyanna L. Gann
170 Oak Park Drive
Clyde, NC 28721

October 2, 2013

To Whom It May Concern:

I would like to give a character reference for Nicholas Edward Dimitris.

I have known Nicholas (Nick) for approximately twenty-one (21) years. I met him when I was a teenager and he and his first wife started attending our church as my youth pastor and the church's Arts' Director.

Nick has always portrayed a giving and nurturing heart to any and all people. He is giving, trusting, loyal, compassionate and most of all a man of true grace. I have watched as many trials and tribulations have come his way, betrayal of the worst kind, and yet he has always responded with grace, dignity and true integrity.

When I was at the darkest time in my life, he and his wife reached out to me, not only as my pastor, but as family. I consider Nick and his family a part of my family, I love him and consider Nick as my brother. We have spent several holidays with him and his family and have spent many evenings just enjoying each others' families and I have seen nothing short of a man full of true integrity and grace.

It is a true honor and a privilege to call Nick my friend and brother.

Sincerely,

Joyanna L. Gann