# COVENANT LIFE MINISTRIES

Dr. Frank Harvey, Bishop


October 1, 2013

To Whom It May Concern:

Subject: Letter of Reference for Nicholas Dimitris

I was Senior Pastor of New Covenant Church, Clyde, NC for 26 years. During that time, I became acquainted with Nicholas Dimitris while he was in his mid-teens in the mid '80s. Later when he was 19, I hired him as our Youth Pastor, which he continued, as well as Associate Pastor until about 2003. Over the last decade since his employment as part of my staff, I have continued a cordial, friendly relationship with him.

My experience and observation of Nicholas is that he has been honest, dependable and committed to the task at hand. He was probably the best Youth Pastor we have ever had and was a very valuable, creative part of our senior leadership team. I had opportunity to work with him and observe him in many different situations – both pleasant and ugly. He conducted himself with integrity and was a credit to me and the church.

Thank you for the privilege of speaking on behalf of Mr. Dimitris. If you have any further questions or I can assist you, please let me know.

Sincerely yours,

Dr. Frank Harvey
Bishop, Covenant Life Ministries


PH: 828-627-9000 FAX: 828-627-1300 EMAIL: f1harvey@aol.com
707 Lee Road - Clyde, North Carolina 28721