Dale Hickey
35 Hartshorn Road
Candler, NC 28715
847.217.8563

November 11, 2013

Your Honor:

This letter is being written as a reference letter on behalf of Nicholas Dimitris.

My name is Dale Hickey and I have known Nicholas for over thirteen years as a friend, co-worker and most recently as my Pastor. As well as being a trusted friend we have worked together on staff at a local congregation in the past and I am now serving under him as my Pastor at our current congregation.

I have found in all my dealings with Nicholas that he has been in the past and continues to be honest, trustworthy and above reproach. Nicholas has proven to have integrity in all arenas that we have worked together. Serving together in a local congregation he always dealt with people honestly and went above and beyond to assist them. He has always been above and beyond generous with people giving them the opportunity to grow and change and to make mistakes and still be treated with love and dignity. I have personally seen the acceptance and charity towards those who have chosen to walk away from situations and congregations with always an open door policy for return and restoration.

In working with Nicholas again in the past several years I have experienced the same integrity and generosity toward people and their needs. I have witnessed how his business dealings were always fair and above board to the point of making sure that others were taken care of in those dealings before he was.

I have found Nicholas to be a trusted friend, Pastor, and business leader in all my dealings with him.

If I can be of any further help with this recommendation please feel free to contact me at any time.

Sincerely,

D Hickey

Dale Hickey
Business Development Representative
Labor Finders of Asheville