Eve Everitt Hickey
35 Hartshorn Road
Candler, NC 28715
847.347.7030

November 11, 2013

Your Honor:

This letter is being written as a reference letter on behalf of Nicholas Dimitris.

My name is Eve Hickey and I have known Nicholas for over thirteen years. My primary relationship with Nicholas has been serving together in a local ministry in the past as well as serving under him as our Pastor in our current congregation as well as a special friendship that has developed during this time between Nicholas and my husband and myself.

I have been privileged to serve with him and have watched as well as experienced his love, generosity and wise counsel both to me and many others that we know. I have always found Nicholas to be a man of honor going above and beyond to ensure that all the things he is involved are in as well as the people he is serving whether in ministry or in business are treated with honesty, integrity and grace.

Our entire family have experienced the love, integrity and generosity of Nicholas on a continual bases and can't say enough about him and his life.

Thank you for allowing me to share this reference with you-it has been an honor to do this for Nicholas. If I can elaborate in any way that would be helpful please contact me at any time.

Sincerely,

Eve Everitt Hickey

Eve Everitt Hickey, Teacher
Eve's Piano & Dance Studio