November 14, 2013

Your Honor,

The purpose of this letter is to be used as a reference to the character of Nick Dimitris. My name is Sarah Maull and I have seen and known Nick in several roles within the last 21 years.
I cannot remember the actual date when I first met Nick but I do remember the event. I was living in Atlanta at the time and very active in my church. I was invited by a friend to attend a weekend celebrating the arts in worship at a church in Clyde, NC. There Nick and his then wife Holly lead the youth drama team. They were teaching classes in mime and dramatic arts. I took a couple of his classes which exposed me to his teaching abilities and talents. His passion for honoring God through the sacrifice of time and energy as well as investing in the youth was very evident. I recall his genuine interest in shaping these youth with integrity, right living and training them in the disciplines and values of a pure life. All these characteristics I later saw exemplified in his own life as we ended up working together years later.

The next encounter I had with Nick was when I was working for Christian City Church, Atlanta and was the personal assistant to Dean Sweetman who is the Sr. Pastor as well as the regional director for all of the C3 churches in North and South Americas. I was orchestrating a conference that was being held at the Rock of Asheville. At that time I was reacquainted with Nick and saw him as a dedicated employee serving his Pastor, Kirk Bowman. However, it wasn't until 2007 did I have the pleasure of really getting to know Nick, the depth of his character and the passion of his soul.

It was at this time that C3 was deciding to plant a church in the Asheville area. Nick and his family were very involved in this process. He and his family were extremely generous with opening their home to many of us who were traveling from Atlanta and needing accommodations while in the area. He was committed to this church plant and funded much of the initial needs. He has shown to be generous, wise in counsel and dedicated. I saw him operate with great honor and respect for others he worked with, never "lording" over anyone that worked under his leadership but on the contrary his stance was always one of humility and preferring others before himself. This I saw consistently even when there were times of conflict, he never pushed his agenda, instead he took time to listen, process and communicate in a very equitable manner. He always does things with excellence and in a way that would glorify God.

Since Nick and his wife Emily have been acknowledged as the Senior Pastors of C3, Asheville they have shown nothing but integrity in all of their dealings. Nick has shown great diplomacy in working with many personalities and is always valuing people and the importance of relationship. I have seen many a time where he would do without in order to bless someone in need. He genuinely wants to do what is right and I have seen him humbly present his position on issues to the leadership team asking for input, listening with an open mind considering other perspectives. Nick has made sure he is surrounded by accountability; not "yes men" but a group of people who speak truth and bring the wisdom of different viewpoints to decisions and situations. Through the years I have seen these characteristics consistently applied and valued in his life's journey. As a former employee of Christian City Church and a current member of C3 Asheville I have nothing but the utmost respect for Nick Dimitris. Thank you for your time in reading this reference.

Sincerely,

Sarah Maull
CNA, Park Ridge Health