To whom it may concern:

My name is Monica McCracken and I was asked if I would consider writing a letter on behalf of Nicholas Dimitris. I consider it an honor to tell you and others about a man I greatly admire for his honesty, integrity, intelligence, and values. He is a man of God and his character reflects this every single day.

I have known Nick approximately 16 years. I first met him at New Covenant Church where he was a youth pastor. We later became business associates. My husband and I partnered in several real estate ventures with Nick's development company. During this time I got to know Nick much better. I was aware of several devastating life events he experienced. The first of which I was aware of was a divorce. The circumstances surrounding this incident would have made many people unforgiving and very bitter. I watched him not only forgive but build back the relationship to a point of friendship, all for the sake of his daughter. Nick and I spoke many times during and after the divorce and not once did he ever "bad mouth" his ex-wife, though he was angry and devastated, only facts were given.

Nick didn't "preach" forgiveness he practiced it!

As Nick moved on with his life and building his business he also began building a church. Even though Nick was building personal wealth he has always been committed to serving God by serving his fellow man, both spiritually and financially. He has never lost focus on this goal and commitment to serve.

As we go through this life we all experience hardships, tragedy, and loss. Nick experienced more than most in the span of a mere decade. First divorce, the tragic loss of his brother, then the economy crash that halted his business,( the result of which was a subsequent loss of ALL of his personal assets) as well as health issues has been overwhelming! I watched Nick walk through all this. I saw his confusion, devastation and yes, anger, but what will forever standout is how through all of this he kept his faith and focus on God and building the church. Nicks mission has always been and always will be to provide an energetic and enlightening place to worship and share Gods goodness in the community.

A person's true character usually is most apparent in the hard times of life. Nick has proven over and over that his character is solid and unwavering. During the difficulties of the past decade I have born witness to Nicks core values growing more abundant. As Nick's reputation and character were maligned by the public he has remained steadfast in living his life in honesty, truth and integrity. I would consider it a privilege to be involved in another business venture with Nick and I am proud to call Nick a friend!

Sincerely,

Monica McCracken

Case 1:11-cr-00093-MR-DLH Document 33-20 Filed 11/22/13 Page 1 of 1