To Whom it may Concern

Re: Mr. Nicholas Dimitris

Dear Sirs,

I am writing this letter in reference to Mr. Nicholas Dimitris. I've heard many pastors refer to "walking the talk." Of the many different ministers I have sat under in my life at various churches, Nick is the best one I know at doing exactly that. He has a passion for seeing people come to know Jesus, and to see the church be the church we are intended to be.

I have had the privilege of knowing Nick since he was 15 years old. I have watched him grow up into the man he has become. Our paths crossed many times prior to my moving to North Carolina in 2000. He has stayed in the homes of many of my relatives as he traveled in his younger years in ministry, and has been a friend of my entire immediate family. He was on staff at The Rock when I attended there years ago, and then became my pastor when my husband and our family began attending C3 4 years ago. We didn't choose to go there just because he was the pastor, but rather the way he pastors and how real he is about his faith and the integrity he shows in leading our church.

As a nurse in Labor & Delivery at Mission Hospital, I have had the incredible privilege of being there for the birth of each of Nick's children. In addition to that, Nick and his family lived in our home for a period of time. He is exactly who he says he is. Thru the years I have seen Nick go thru some really great times, and I've seen him go thru some trials. He has NEVER compromised his faith or his passion for ministry. Even in times when I've seen him hurt by others, he walked in grace and dignity and refused to speak badly about those that hurt him. Nick Dimitris is a good man. He is a man of integrity. I trust him with all I have.

Thanks so much for your consideration,

Elizabeth D. Russell

Elizabeth D. Russell

RNC-EFM, BSN

November 6, 2013