Your Honor: Nov. 17, 2013

This letter is in reference to the character of Nicolas Dimitris

My name is Michael Russell and my wife is Violet Russell. We have Known Nicolas For approximately 10 years. We have had a close & personal relationship with him For the past 3 years. He is currently our Pastor.

During The time we have Known Nicolas, we have Found him to be a compassionate and caring individual. We have had countless phone calls with him regarding personal & Family issues. He has always been there For us, night or day. We have shared numerous meals together and have become close to he and his Family.

We esteem Nicolas very highly as a Pastor and as a person.

Sincerely,
Michael S. Russell
Michael S. Russell

Violet D. Russell
Violet D Russell