Your Honor,

I am addressing this letter in reference to the character of Nicholas Dimitris. My name is Austin Smith and this is my personal evaluation and assessment of him. I am twenty-one years of age and have known Mr. Dimitris almost five years. My parents, Travis and Stephanie Smith have known him for much longer. Nicholas and I have been especially close the past three years working with and serving under him in a local church together. Ever since I started spending more quality time with him, I began to view him not just as my authority, but also as a mentor and friend. We work well together, have the same heart; the same vision. He has taught me so many life lessons throughout our journey together.

For about the first five months of 2013, Nicholas and I spent almost everyday together working on our church's building project due to recently entering a new lease and renovations were necessary for occupancy. During this time, I started recognizing more of his daily habits, quirks, and characteristics. Countless meals, conversations, and heartfelt discussions lead to what I consider a strong bond between us. I can confidently say that these days were some of the most uplifting of my young adult life.

Seeing someone in a leadership position at a church can reveal multiple things about their character. From making tough decisions, to counseling someone in hard times, a pastoral role is something Nicholas Dimitris exceeds at. He is a man of integrity, honesty, self-discipline, steadfastness, and joy. I have seen him endure trialing times, all the while keeping his head held high, and continuing to maintain a personal, selfless aura. He has never lied to me or cheated me. Nicholas is always encouraging and caring in my personal situations. He remains the same day to day, standing with the truth. I have had the opportunity to see him undergo one of the most difficult and testing periods of his life. Dealing with the pressures and quandaries of that season, Mr. Dimitris has always acted wisely and sacrificially.

One of the greatest attributes I think of when I consider "Nicholas Dimitris" is love. His love for his family is among the most extraordinary of fathers and husbands. His love for people is caring and selfless. His generosity abounds and his authenticity exceeds everyone I know. When confronted or examined, his actions are always justified and outstandingly wise. He is a man that can be depended on. His personable nature can never encounter a stranger. He is one of the most upstanding, respectful men I have had the pleasure of knowing.

Nicholas Dimitris is a man I would trust my life with; a man that has encouraged and lifted me into places I could not have achieved on my own. There have been countless times in my life when I have needed advice that he is the first individual I call. I trust his advice completely. There is not another man that I could stand beside more than this man of valor.

Sincerely,

Austin T. Smith