Kenneth Smith
4111 Commons Dr West #1201
Destin Fl, 32541
828-989-8599

To Whom it may concern:
I am an Electronics Technician for Transocean Deepwater Drilling Co.
I have lived in the Asheville area for more than seventeen years and recently move to Destin Fl.

I am writing this letter of reference on the character of Nick Dimitris.
Nick is a family friend whom I have known for more than three years.

During the time that I have known Nick, I have found him to have been a very loyal, honest, respectful, considerate and reliable person. He is an excellent communicator and problem solver. Whenever Nick adopts a cause or new interest, he is highly committed and I have been very impressed with his dedication to any endeavor in which he has been involved. Nick is organized, extremely competent, and has an excellent rapport with people of all ages. He is a well balanced person with an abundance of positive qualities.

In conclusion, Nick is a person with exceptional character and has always been there for my family as well as the families of many others.

Feel free to contact me using the information provided above.

Sincerely,
Kenneth Smith