11/15/2013

To Whom It May Concern,

We are writing to you in support of and to reference the character of, Mr. Nick Dimitris.

We have known Nick since 2008, when he became a Team Pastor at the church we were serving in as Lay Pastors. We worked closely with Nick for years, as he was our oversight for a ministry that we were in charge of to the WNC Rescue Mission.

Throughout all of the years we have known Nick, we have watched him live a life of integrity, honesty, strong faith, deep compassion and love for others, with an unwavering commitment to building the Kingdom of God and serving people.

We chose to join the church body that he now Pastors, and through much prayer and soul searching, have chosen, without reservation and in complete confidence, to remain under his leadership and care, even after his recent difficulties.

We also have chosen to not only allow, but to strongly encourage, his daily mentoring of our 21 year old son, Austin.

We are respectfully asking that Mr. Dimitris be given the highest level of respect and consideration when evaluating his integrity, life, family and character.

Thank you for your time.

With deep sincerity,

Travis and Stephanie Smith

Travis and Stephanie Smith
828.231.0022