# THE DUNGAN LAW FIRM, PA

ONE RANKIN AVENUE, THIRD FLOOR, ASHEVILLE, NC 28801
TELEPHONE: (828) 254-4778 • WWW.DUNGANLAW.COM

ROBERT E. DUNGAN (NC & GA)
ERIN F. DUNNUCK (NC)
JEFFREY K. STAHL (NC)
ALICIA D. GADDY VEGA (NC)
JAMES W. KILBOURNE, JR. (NC)

January 27, 2009

To Whom It May Concern:

My name is Jeffrey K. Stahl, Esq. and I am an Attorney with The Dungan Law Firm, P.A. I have been asked to write a letter of reference for Nicholas Dimitris.

I first met Mr. Dimitris approximately three years ago. I represented one of his Companies with a Legal Matter. From the first time I met him, I was impressed with his ability to control the room. He is a natural leader in every sense of the word. Throughout the years that I have known him he has always approached everything with a calm yet direct and thorough approach. He pays particular attention to detail. He spends the same amount of time and thoroughness with every matter he is involved in no matter how big or how small.

I have also been incredibly impressed with his knowledge and skill when it comes to his finances. He has been very successful and when you see how he handles his affairs you can see why.

He is a current client of the Dungan Law Firm, P.A. and he always maintains a current balance. While this is much appreciated, it is not the reason I am writing this letter. Nicholas Dimitris is a friend, and he is a true a pleasure to be around. He will succeed in anything he puts his mind to. He maintains a very healthy balance of work and life, and his success has not effected how he treats people. It is for these reasons I write this letter.

Please feel free to contact me with any questions you may have regarding Nicholas Dimitris.

Sincerely,

Jeffrey K. Stahl, Esq.