Jody L. Stirewalt
45 Patty's Chapel Road
Fletcher, NC 28732
828-489-1649

November 13, 2013

Your Honor,

I would like to submit this letter as a statement of reference attesting to the character of Mr. Nicholas Dimitris. My name is Jody L. Stirewalt and I have known Mr. Dimitris for nearly 2 years. I have been a regular attendee of C3 Asheville Church where he and his wife serve as pastors. I have also spent time with Mr. Dimitris in social settings and in personal one-on-one conversations concerning my business. I have found Mr. Dimitris to be very caring and helpful in all aspects of our relationship. He has always offered sound, poignant advice and has been more than glad to share not only his wealth of experience and knowledge but also his business and personal contacts.

I fully believe him to be a trustworthy, truthful person genuinely selfless in his actions. With his vast array of knowledge and experience concerning both business and church-related arenas, Mr. Dimitris garners the respect of seasoned business, civic and church leaders across the region. His skills related to leadership and administration have proven to be not only exemplary but effective having clearly stood the test of time.

I consider knowing him a privilege and I am very thankful for our relationship. I look forward to the continuing growth in both our personal and business relationships in the many years to come.

Thank you for your consideration.

Sincerely,

Jody L. Stirewalt