Nicholas Dimitris
PO Box 9568
Asheville, NC 28815

TO WHOM IT MAY CONCERN

This correspondence is for the purpose of providing a character reference for Nick Dimitris.

My name is Dean Sweetman and I am the Director and overseer of C3 Church Americas that encompases 35 churches at this time. One of the churches we planted was C3 Church Asheville and I installed Nick Dimitris as the Senior Minister. I remain on the church's board.

I have always found Nick to be upfront and honest with me in any dealings I have had with him. He has a shepherd's heart for the people God has trusted into his care and works hard at creating a loving and spiritual environment.

Nick Dimitris is a hard worker, diligent in the scriptures and a great member of the C3 Church family of churches. I'm looking forward to working together to grow God's kingdom and helping people where we find them. Nick is a wonderful co-laborer in the ministry.

Should you require any further opinion please don't hesitate to contact me.

Dean Sweetman

C3 Church Americas Overseer

C3 Church
1065 Walther Blvd
Lawrenceville GA 30043