Jeram Trimble
41 York Rd.
Charlotte, NC 28826

October 3, 2013

To Whom It May Concern:

I am writing to tell you of the many fine qualities of Nick Dimitris, of whom I have known for seven years in the real estate industry. During the years of our acquaintance, he has been a mentor and coach, guiding me in showing the responsibilities of being a professional mortgage broker and investor.

I have had the chance to get to know Nick Dimitris, and I say without a doubt that you are dealing with a person of very good moral character. Nick Dimitris operates with integrity, and never has a bad word to say about anyone. He is also hard working, a dedicated friend and full time father.

On a personal level, I trust Nick Dimitris without reservation. He is honest to a fault and I have no doubts about his abilities to succeed in the future.

It is my great pleasure and honor to know Nick Dimitris, and I wholeheartedly vouch for his personal character.

Thank you for your time & consideration,
Respectfully,

Jeram Trimble

**Wells Fargo Home Mortgage**
SERVICING ANALYST
Document Execution Department
401 S Tryon St
Charlotte, NC 28202
**MAC D1050-10F**