Keith A. Trimble
4130 Charlotte Hwy
Clover, SC 29710

October 2, 2013

Mr. Nick Dimitris
P. O. Box 9568
Asheville, N.C. 28815

To Whom it may Concern:

I am writing this correspondence in reference to Mr. Nick Dimtris. This correspondence is in attesting to his good character.

While all human beings are fallible creatures I believe the underlying good character of Mr. Nick Dimitris to be genuine and solid. I have known Mr. Nick Dimitris since he was a young child. If I had any doubts as to his character I would not have written this letter supporting him nor would I have been able to attest favorably to his good character. However, I am able and do attest favorably to his good character!

I ask that the above correspondence be received in the honesty and accuracy with which it was written.

Signed with respect,
Sincerely,
Keith Trimble
Mr. Keith A. Trimble