# Alan Waitt

865-399-4524 kalanw@me.com 138 Paul Trail Canton NC 28716


November 8, 2013

Your Honor,

I am writing this letter to you as a reference to the character of my friend and colleague, Nick Dimitris.

I have known Nick for approximately 18 years and have served along side him for the past 2 years at C3 Church Asheville. Because of my closeness to him in the day to day operations of our church, I have been witness to a high level of integrity that I have seldom experienced, even in Church settings. I have never once seen any sort of inconsistency in Nicks character, neither in our Church, in his business dealings, or with me.

I have watched Nick care for, support and build our Church over the past 2 years with a love and passion that is beyond what would be expected, even while going through many difficult things himself.

On a personal level, Nick has been there for me through many difficult times in my life. With the death of my father, and all that entailed, as well as many other trials over the years. His caring advice, support, and friendship ,has proven to be truly life changing for my family.

I am proud to call him my pastor and even more than that, my friend. I look forward to many more years serving along side him.

Sincerely yours,

Alan Waitt