Oct. 5, 2013
Debbie Waitt

To Whom It May Concern: A word of commendation for Nick Dimitris.

Nick Dimitris has been, first an acquaintance, and later a good friend of my husband and myself, and of our family, for around twenty years. In these more recent years as we have attended the Church that he pastors, I have watched him faithfully and sincerely serve the people, giving of himself unselfishly, unwavering, sometimes even in the face of severe opposition. I have seen him love those who were coming against him, ~ those who set out to destroy him ~ and never once speak an ill word against them, but rather always returning good for evil.

In short, and to the best of my knowledge, Nick is a God-fearing man who lives his life in consistency with the principles of the Bible, according to his understanding and ability.

Sincerely,
Debbie Waitt