Jolene Waitt
138 Paul Trail
Canton, NC 28716
November 18, 2013

Your Honor,

The purpose of this letter is to serve as reference to the character of Nicholas Dimitris.

I have known Nicholas Dimitris for over 18 years. I have worked with him for several of these years in a Christian ministry (church) environment. He is our Pastor, he is our friend, and in the early years when my children were young, he even babysat for me on occasion.

It has been my experience that he is well respected in the community. He is looked to for guidance, for support, and for counsel. He is a good husband and a good father. He is also one of the most generous men I know. He is passionate about the things of God, and lives his life accordingly.

I trust that this letter will be of assistance, and I will be happy to provide further information if necessary.

Sincerely,

Jolene Waitt