Your Honor,

This letter is a reference to the character of Nicholas Dimitris. My name is Nathan Waitt, and Nick has been my pastor and mentor for the last three years. He has also been a family friend for longer than I have been alive.

Nick is an honest man, always true to his word, always reliable, and always faithful. He is loving to his wife and kids, and has been kind and respectful in every situation I have ever seen him in, regardless of the situations origin. He is always of good intent and is always willing to put aside his personal needs for anyone that needs him to. He is also very wise and thoughtful in his decisions and commitments. I would gladly stand by and support Nick in any situation, as I believe he would do for me.

Sincerely,

Nathan Waitt