November 2, 2013

MEMORANDUM FOR: Whom It May Concern

SUBJECT: Pastor Nicholas Dimitris

My name is Evelyn Weber, I would like to take a moment and tell you what I know about Nicholas Dimitris.
What I know about his character. And the man he is. I am Nicholas mother so I know him longer then anyone else who may be sending a letter on his behalf.

When Nicholas was a young boy he was always concerned with those around him who were much less fortunate then he. At three years old he would sit in front of the T.V. set and cry for all the children starving around the world. Thus we began even then feeding the less fortunate, as he from that age on would save all his pennies.

One time when Christmas was coming he went out to play with his brother and sister and he went into the woods to find a Christmas tree. His brother and sister were at the dinner table on time but I began to worry as the sun stared going down and he was nowhere to be found. Jus then I saw a figure dragging something down the hill. It was Nicholas for he had found a tree and managed to cut it down and we had Christmas that year. We did not have much, but we did have plenty of love.

I found Nicholas to be a caring young man with a love for people and a genuine need to see everyone safe from an early age on.

Out of all my children he was and still is the one I could and do trust. This type of caring that he shows to humankind has passed on into his adulthood. For he has been known to care for single mom's whether widowed or abandoned. He has cared for fatherless children and has been a positive roll model for them. He has helped these single moms to realize their dreams of even owning their own homes and clothing their children.

Nicholas has been in the ministry since the age of 19 yrs. Old. Soon he will be 40 yrs. old and never once has he been a reproach to his position as Pastor to the church. At any time I would travel to visit him, I would enter his house only to be greeted by men, woman and children who need a place to live for a season for diverse reasons. His house has always been a haven and an oasis to the weary and thirsty, for a better way of life.

As he grew I knew he had the qualities of a leader. And he has led hundreds possibly even thousands back to Church.

There is so much more that I can say but don't want to approach you as his mother. Rather I would like to make the following statement as a Pastor and public leader myself.

I believe the character of Pastor Nicholas is impeccable and above reproach. And I sincerely believe that as you search your heart and professional understanding as only someone of your High position can, that you will be assured yourself that this man is a man of Integrity and that his Character is above reproach.

I want to thank you for taking the time to listen to me and for reading my letter. I am a Pastor in Danbury Ct. The name of the church that I Pastor is called "Higher Ground Ministries ". I raised Nicholas with all the best morals and ethics that I could.

If you would like to speak with me you can do so by calling the following numbers:
Home- 203-748-4890
Cell – 203-297-4052

I am also available to meet with you in person at your convenience. I would just need the time to travel to you.

Sincerely,

Evelyn Weber

Evelyn D. Weber
Senior Pastor, Higher Ground
Ministries