1 October 2013

MEMORANDUM FOR: Whom It May Concern

SUBJECT: Pastor Nicholas Dimitris

First I would like you to understand a little about myself so that I may establish some credibility with you. I was raised in the mid-west spending a lot of time working on my grandparent's farm and working jobs to pay my own way from age eight. I grew up with solid principles, values and hard work. I was an Eagle Scout with 3 palms. I entered college but was unable to pay for it although I worked 40+ hours per week in a factory. I changed my major from pre-med to law and became a police officer. College costs were still too overwhelming, so I joined the Army to get training and education benefits. I found a home there and spent 26 years on active duty. I started as a private, rose to staff sergeant, was commissioned a 2LT and retired a major and a helicopter pilot. I went to war for my country in Viet Nam, Grenada, Panama and the first Gulf War. I have received numerous decorations to include the Legion of Merit, Bronze Stars, Purple Hearts, Meritorious Service Medals and many others for service. I served in many capacities of leadership from squad leader, platoon sergeant, platoon leader, company commander, and battalion commander as well as numerous battalion and brigade staff positions. I was selected for joint service tours with the Air Force and the Navy. During the latter, I served with SEAL Team 8. I was even the Commandant of the Army Warrant Officer Candidate School. Upon retirement I bypassed the high paying jobs available to me to instead give back to my country for all it did for me. I took a job as an Army JROTC Senior Army Instructor in an inner city high school. I am now in my 18th year in this job. I have always been active in my community and my church. I have been my church's administrator for the last 9 years and will soon become an assistant pastor. As you can deduce from what I have done, I had to become a good judge of character. From my youth, to leadership in combat, to leadership in the church, to what may be my most challenging task, leading, mentoring and preparing high school students to become responsible and productive members of society, I have developed a good instinct for measuring a person and judging their character.

All that being said, eighteen years ago I married Evelyn Dimitris, Nicholas' mother, and became Nicholas' stepfather. I have always been impressed with Nicholas. He was mature, level-headed, responsible, an obviously great father and husband. Nicholas' morals, principals, work ethic, values, devotion to his God, devotion to his family and his entrepreneurial zeal to provide well for his family are all of the highest order. He always puts others ahead of himself.

Throughout the 18 years I have known Nicholas, I watched him continue to grow and develop while demonstrating a true Christian model of how to live your life.

He rose in the church through assistant pastor to pastor and started his own church which continues to grow and prosper.

If you have any questions of me, I may be reached anytime at:

Phone: Work-203-977-5075
Home-203-748-4890
Cell-203-512-7720

Email: jrotc110409@outdrs.net

Mail: 42 Starrs Plain Road
Danbury, CT 06810

I am also willing to meet with you in person at your convenience.

Sincerely,

William J. Weber
Major, USA (R)