Asheville
Realty
& associates

September 30, 2013

U.S. District Court
100 Otis Street
Asheville, NC 28801

Sub: Character Reference for Nicholas Dimitris

To Whom It May Concern:

I am a Real Estate Broker and Realtor®, currently affiliated with Asheville Realty & Associates in Asheville, North Carolina. My husband and I have known Nick Dimitris for the past four years both in a landlord-tenant capacity, we being the tenants, and as a friend as our association has progressed.

Nick has displayed character of a high caliber during the entire time we have known him, having responded quickly to problems we have had as tenants while displaying a willingness to uphold his responsibilities as our landlord. He has conscientiously informed us of the charges against him, mindful of the possibility that we, as his tenants, could be affected by the outcome of his case.

On a more personal level, as we have gotten to know Nick and his family, we have observed, first hand, his commitment to his wife and children as well as his community and church. Personally, I have only observed his actions to be that of a man with high moral regard for the welfare of others; further evidenced by the friends and loved ones who have stood by his side during this trying period.

Nick is an asset to his family, community and church, and a valued friend to those who know him well. I further implore The Court to show mercy on Nick as he and his family have already endured a great deal of financial and emotional turmoil as a result of this case.

Thanking you,

Debra M. Woody

Debra M. Woody
Broker/Realtor®
Asheville Realty & Associates
1340C Patton Avenue
Asheville, NC 28806
Office: 828-258-3737 Ext. 202
Cell: 828-775-9663
Email: debra@ashreal.com